JULIE M. MCCOY, Bar No. 129640
LAW OFFICES OF JULIE M. MCCOY
JACQUELYNE M. NGUYEN, Bar No. 249658
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax:(949) 722-8416

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CV 11- 3868 |
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| Donald Merrill Barker, aka Donald M. Barker, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Donald Merrill Barker, aka Donald M. Barker, in the principal amount of $43,564.84 plus interest accrued to February 28, 2011, in the sum of $44,583.06; with interest accruing thereafter at the daily rate of $7.82 until entry of judgment, for a total amount of **$88,147.90**.

DATED: May 19, 2011          By: Terry Nafisi
                                  Clerk of the Court

                                 A. Martinez
                                 Deputy Clerk
                                 United States District Court